JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COMMITTEE, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND, CONTRACT COMPLIANCE FUND, and LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,<br><br>            Plaintiffs,<br><br>      vs.<br><br>PRO TECH ENGINEERING CORPORATION, D.B.A. PRO TECH ELECTRIC, a California corporation,<br><br>            Defendant. | CASE NO. CV 14-00133 PA (JCx)<br><br>ASSIGNED TO THE HONORABLE JUDGE PERCY ANDERSON<br><br>**ORDER FOR DISMISSAL OF COMPLAINT WITHOUT PREJUDICE**<br><br>NOTE: CHANGES MADE BY THE COURT |

1    TO ALL PARTIES, AND THEIR LEGAL COUNSEL OF RECORD:

2    **IT IS HEREBY ORDERED** that:

3    (1)   Pursuant to the "Stipulation for Dismissal Without Prejudice and Request that the Court Retain Jurisdiction of the Action to Enforce Settlement Agreement" ("Stipulation") entered into by and between Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, et al., and Defendant, Pro Tech Engineering Corporation, a California corporation doing business as "Pro Tech Electric," the Complaint filed by the Trustees in the above-entitled case shall be dismissed, without prejudice; and

~~(2)   This Court shall reserve and retain jurisdiction of this action and the parties to enforce the terms of the parties' Settlement Agreement, including, but not limited to, entering judgment, amending judgments, issuing writs of execution, and issuing other orders.~~

Dated: June 24, 2014

UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER FOR DISMISSAL OF COMPLAINT WITHOUT PREJUDICE

830914